in paragraph 1503 for "beads * * * not specially provided for," and dutiable at the rate of 35 per centum ad valorem, as claimed by plaintiff.

To the extent indicated, the protests are sustained and judgment will be rendered accordingly.

DECEMBER 4, 1953

**No. 57679.**—J. E. Bernard & Company, Inc. v. United States, protests 162855–K/2975 and 170790–K/2815.—

C. D. 1548. Motion of Government for rehearing denied.

**No. 57680.**—J. E. Bernard & Company, Inc. v. United States, protests 177160–K/3471 and 181027–K/3587.—

Abstract 57542. Motion of Government for rehearing denied.

DECEMBER 8, 1953

**No. 57681.**—Modern Food Products Co. et al. v. United States, protests 191724–K, etc.— —C. D. 1556. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, DECEMBER 17, 1953

**No. 57682.**—M. D. Orum Company v. United States, protest 199201–K (Milwaukee).

OLIVER, Chief Judge: This suit has been limited, by stipulation of counsel for the respective parties, to certain items identified on the invoices as follows:

| Item No. | Description |
| --- | --- |
| 802 | Roman War Chariot |
| 810 | Brewer's Drays |
| 811 | Roman Chariot |
| 812 | Costermongers |
| 813 | Trotter Sets |
| 690 | Blacksmith Sets |
| 691 | Windmill |

All of the articles were classified as toys, and assessed with duty at various rates under the provisions of paragraph 1513 of the Tariff Act of 1930, either as originally enacted or as modified. Plaintiff claims that the merchandise is properly classifiable under the provision for articles, not specially provided for, composed wholly or in chief value of lead, but not plated with platinum, gold, or silver, or colored with gold lacquer, in paragraph 397 of the Tariff Act of 1930, as modified. As to the articles imported prior to October 1, 1951, the applicable rate is 2 cents per pound, but not less than 15 per centum ad valorem nor more than 45 per centum ad valorem, by virtue of T. D. 51802; as to the merchandise imported on or after October 1, 1951, the applicable rate is 2 cents per pound, but not less than 15 per centum ad valorem nor more than 30 per centum ad valorem, by virtue of T. D. 52739 and T. D. 52820.

Counsel for the respective parties stipulated, at the time of trial, that the articles in question are composed wholly or in chief value of lead. Thus, the sole